# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **TIMOTHY SCOTT,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**ROBERT CHANG,**<br>**DANNY LEE,**<br>**NEWEGG.COM INC.,**<br>**NEWEGG.COM AMERICAS INC.,**<br><br>   **Defendants.** | Case No.:<br><br>Complaint Filed: Feb. 5, 2019 |

## NOTICE OF REMOVAL

  Pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, defendants Robert Chang and Danny Lee hereby remove this action from Hampden County Superior Court to the United States District Court for the District of Massachusetts. The grounds for removal are set forth as follows:

### I. BACKGROUND

  1. On February 5, 2019, plaintiff Timothy Scott, proceeding *pro se*, filed a complaint in Hampden County Superior Court against the defendants. (*See* Ex. A, State Court Filings and Docket, at 10.) Scott filed a motion for alternative service with the Hampden County Superior Court on February 7, 2019, moving the Court to allow for service by mail with a signature. (*Id.* at 21.) That motion was allowed on February 21, 2019. (*Id.*) In the interim, prior to the motion for alternative service being granted, Scott appears to have gone ahead and mailed a copy of the complaint to individual defendants Robert Chang and Danny Lee, which was signed for by a Newegg employee on February 19, 2019. (*See* Ex. A, at 24.)

2. Scott's *pro se* complaint alleges claims of negligence, gross negligence, and intentional infliction of emotional distress against each of the defendants over an alleged breach of his payment card information. (Ex. A, at 14–15.)

## II.     GROUNDS FOR REMOVAL

3. Removal is appropriate in this case on grounds of diversity because it is a civil action between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See* 28 U.S.C. §§ 1332(a), 1441(b).

4. Scott is a citizen of Massachusetts.

5. Defendant Robert Chang is a citizen of California.

6. Defendant Danny Lee is a citizen of Taiwan.

7. Defendant Newegg.com Americas Inc., which has not yet been served, is a Delaware corporation with its primary place of business in California. Accordingly, Newegg.com Americas Inc., is a citizen of Delaware and California for purposes of removal and will not destroy diversity to the extent that Newegg.com Americas Inc. is served. *See* 28 U.S.C. § 1332(c).

8. Newegg.com Inc. was merged into another entity in 2009 and no longer exists as a corporate entity.

9. The parties are therefore completely diverse. *See* 28 U.S.C. § 1332(a).

10. The jurisdictional minimum amount in controversy is also satisfied. In his complaint Scott alleges that he "will be asking a jury to award damages in a[n] amount of no less than $100,000.00 and award Punitive damages under the Gross Negligence statu[t]e" (Ex. A, at 15), and he seeks this same amount in his civil cover sheet (*id.* at 18). Accordingly, it is facially apparent from the complaint that the amount in controversy exceeds $75,000.00.

11. While defendants Chang and Lee deny any liability as to plaintiff's claims, based on the foregoing, the amount in controversy satisfies the requirements of diversity jurisdiction.

### III.    COMPLIANCE WITH REMOVAL STATUTE

12. All defendants who have been served consent to the removal of this action. *See* 28 U.S.C. § 1441(b).

13. This notice of removal is properly filed in the United States District Court for the District of Massachusetts, Springfield Division, because the Hampden County Superior Court is located in the District of Massachusetts, Springfield Division. *See* 28 U.S.C. § 1441(a).

14. This notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1446(a).

15. Defendants do not believe that Scott has effected appropriate service at this time. Assuming service has been effected, however, this notice of removal is timely, as the notice is being filed within 30 days of February 19, 2019. *See* 28 U.S.C. § 1446(b).

16. Pursuant to 28 U.S.C. § 1446(b), a copy of this notice of removal is being served on Scott and filed with the Clerk of Court of the Hampden County Superior Court. A copy of the notice to be filed with the Clerk of Court of the Hampden County Superior Court is attached hereto as Exhibit B.

17. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Hampden County Superior Court are being filed together with this notice of removal.

### IV. CONCLUSION

18. Defendants reserve the right to amend or supplement this notice of removal, and in filing this notice of removal, defendants do not waive any defenses or rights that may be available in this action.

WHEREFORE, defendants Robert Lee and Danny Chang respectfully request that the Court exercise jurisdiction over this removed action and enter orders and grant relief as may be necessary to secure removal and prevent further proceedings in the Hampden County Superior Court, and seek all other relief to which they are justly entitled.

Dated: March 20, 2019                            Respectfully submitted,

*/s/* James H. Rollinson
James H. Rollinson, Esq. (BBO #649407)
David A. Carney, Esq. (*pro hac vice forthcoming*)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
jrollinson@bakerlaw.com
dcarney@bakerlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2019 copies of the foregoing notice of removal were served on the following by regular mail at the addresses listed below. Plaintiff Timothy Scott will also be served by notification of the ECF system or if not by email.

Timothy Scott
414 Chestnut St.
Apt. 301
Springfield, MA 01104

Laura S. Gentile
Clerk of Courts
Hampden County Superior Court
Hall of Justice – 50 State St.
P.O. Box 559
Springfield, MA 01102

                                                /s/ James H. Rollinson
                                                *One of the attorneys for defendants*